UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DANIEL CARDENAS et al.,                                                 :
                                                                        :
                              Plaintiffs,                               :
                                                                        :           24-CV-4201 (JMF)
          -v-                                                           :
                                                                        :           ORDER
JONATHAN GUERRA et al.,                                                 :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's June 5, 2024 Order, ECF No. 5, Plaintiffs were required to "file a letter indicating whether Defendants Guerra and Alfrey were in fact duly served before Defendant Prudential filed its Notice of Removal (and [to] file proof of such service if so)" no later than two business days from the date of that Order, *see id.* To date, Plaintiffs have not filed the required letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 13, 2024**. Further failure to comply with Court deadlines may result in sanctions.

      SO ORDERED.

Dated: June 10, 2024
       New York, New York
                                              JESSE M. FURMAN
                                         United States District Judge