UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DANIEL CARDENAS et al.,                                            :
:
                    Plaintiffs,                             :
:      24-CV-4201 (JMF)
        -v-                                                  :
:      ORDER
:
JONATHAN GUERRA et al.,                                            :
:
                    Defendants.                             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On August 22, 2024, Defendant The Prudential Insurance Company of America ("Prudential") filed an Answer to Plaintiffs' First Amended Complaint, which included a counterclaim against Plaintiffs and a cross-claim against co-Defendant Jonathan Guerra. (Although the docket reflects a cross-claim against co-Defendant Lisa Marie Alfrey as well, the pleading itself appears to only raise a cross-claim against Guerra.) On September 12, 2024, Plaintiffs filed their Answer to Prudential's counterclaim, ECF No. 38, but to date, no response to the cross-claim has been filed. Accordingly, it is hereby ORDERED that cross-Defendant Guerra file his response to the cross-claim **no later than September 20, 2024**.

        SO ORDERED.

Dated: September 16, 2024                    _____
       New York, New York                         JESSE M. FURMAN
                                                  United States District Judge