UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL CARDENAS and LOYDA CARDENAS,<br><br>Plaintiffs,<br><br>- vs -<br><br>JONATHAN GUERRA, LISA MARIE ALFREY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Civil No. 24-04201-JMF<br><br>**ORDER OF DISBURSEMENT &<br>DISMISSAL WITH PREJUDICE** |

This matter having come before the Court upon the joint application of Plaintiffs Daniel Cardenas and Loyda Cardenas, through their attorneys Hartmann Doherty Rosa Berman & Bulbulia LLP (Mark A. Berman, Esq., appearing), and Defendants Jonathan Guerra and Lisa Marie Alfrey, through their attorneys, Ran Mukherjee, P.C. (Ran Mukherjee, appearing), and Defendant The Prudential Insurance Company of America having previously been dismissed from the case after depositing into the Registry of the Court, on November 19, 2024, the principal amount of $176,012.04, and the remaining parties having entered into a settlement agreement resolving this action and agreeing upon the disbursement of the entire principal amount as set forth below, and for good cause shown;

IT IS on this 17 day of December, 2024, ordered as follows:

1) The Clerk of Court shall distribute the $176,012.04 principal amount as follows:

 (a) $60,000.00 shall be paid to Ran Mukherjee, P.C., 240 Kent Ave, Suite B13, Brooklyn, New York 11249;

- 2 -

(b) $115,000.00 shall be paid to Hartmann Doherty Rosa Berman & Bulbulia LLP, 433 Hackensack Avenue, Suite 1002, Hackensack, New Jersey 07601;

(c) All remaining funds shall be paid to St. Jude's Children's Research Hospital, 3750 NW 87th Ave, Suite 100, Doral, Florida 33178.

2) The Clerk shall then dismiss this case with prejudice, with each party to bear its own costs and attorney's fees.

SO ORDERED:

_____
Hon. Jesse M. Furman
UNITED STATES DISTRICT JUDGE
December 17, 2024

APPROVED ON BEHALF OF CARDENAS PLAINTIFFS:

/s/ Mark Berman

_____
Mark A. Berman, Esq.

APPROVEDON BEHALF OF GUERRA/ALFREY DEFENDANTS:

/s/ Ran Mukherjee

_____
Ran Mukherjee, Esq.